**Order filed March 3, 2015**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-13-00767-CR
_____

**CURTIS ELL WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1372505**

---

## ORDER

The reporter's record in this case was filed May 12, 2014. The exhibit volume was not filed. On May 12, 2014, Janet Ragan, the court reporter, notified this court that she was awaiting confirmation by Lisa Collins, the prosecutor, as to which exhibits she needed to locate. The court reporter notified this court that she

would file the exhibit volume upon receipt of the requested exhibits. The exhibit volume has not been filed with the court. Because the exhibit volume has not been filed timely, we issue the following order.

We order Janet Ragan, the court reporter, to file the record in this appeal on or before **March 18, 2015**.

PER CURIAM